ANTONIO GIOIA, Respondent, v. ALFONSO GIOIA, Appellant, and A. GIOIA & BRO., Defendant.— Order affirmed, with ten dollars costs and disbursements, on the ground that in our judgment the arbitration provisions do not provide an exclusive remedy in accordance with the reasoning of Van Voorhis, J., at Special Term. [See 171 Misc. 683.] All concur. (The order denies a motion by defendant Alfonso Gioia to compel plaintiff to proceed to arbitration of his cause of action against said defendant.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

MILDRED R. JONES, as Administratrix, etc., of WILLIAM O. JONES, Deceased, Plaintiff, v. H. FREEMAN, INC., Respondent, M-V SHARES, INC., and UTICA GAS AND ELECTRIC COMPANY, Appellants.— Judgment so far as it relates to the defendants M-V Shares, Inc., and Utica Gas and Electric Co., and orders reversed on the law and the facts, with costs, and complaint dismissed, as to said defendants, with costs. Memorandum: The verdict against the defendants M-V Shares, Inc., and Utica Gas and Electric Company was contrary to and against the weight of the evidence on the issue of the negligence of the respective defendants. All concur. (The judgment is for plaintiff against all defendants, in an automobile negligence action. The orders deny motions for a new trial.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

BERNARD MURPHY, Respondent, v. CITY OF LOCKPORT, Appellant.— Judgment and order affirmed, with costs. Memorandum: A fair question of fact was presented as to the negligence of the defendant and the contributory negligence of the plaintiff and the verdict was not contrary to the weight of the evidence. The plaintiff was not a trespasser but was upon a public street and there was no abuse of discretion in denying the motion of the city to amend its answer. All concur. (The judgment is for plaintiff in a negligence action. The order denies a motion for a new trial.) Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.